**Douglas FAUCONIER, Plaintiff—
Appellant,**

v.

**Lloyd WATERS; Joseph P. Sacchet,
Defendants—Appellees.**

No. 05–6807.

United States Court of Appeals,
Fourth Circuit.

Submitted Oct. 18, 2005.

Decided Oct. 20, 2005.

Douglas Fauconier, Appellant Pro Se.
Glenn William Bell, Office of the Attorney
General of Maryland, Baltimore, Maryland, for Appellees.

Before WIDENER, MICHAEL, and
DUNCAN, Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit. See Local Rule
36(c).

PER CURIAM:

Douglas Fauconier appeals the district
court's order granting the Defendants' motion to dismiss his complaint filed under 42
U.S.C. § 1983 (2000). We have reviewed
the record and find no reversible error.
Accordingly, we affirm on the reasoning of
the district court. *See Fauconier v. Waters,* No. RDB–05–39, 2005 WL 1076532
(D.Md. May 4, 2005). We dispense with
oral argument because the facts and legal
contentions are adequately presented in
the materials before the court and argument would not aid the decisional process.

*AFFIRMED*